ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

    SHERLE R. FLAGGMAN (019079)
    JOSEPH I. VIGIL (018677)
    flaggmas@mcao.maricopa.gov
    vigilj@mcao.maricopa.gov
    Deputy County Attorneys

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-3411
Facsimile (602) 506-4316
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 0003200

*Attorney for Maricopa County*

**IN THE UNITED STATES DISTRICT COURT**

**STATE OF ARIZONA**

| | |
|---|---|
| The Estate of Justin Branum and Angela Branum, | Case No.: 4:21-cv-00357-RM-PSOT |
| Plaintiffs, | **STIPULATION REGARDING DEFENDNAT MARICOPA COUNTY'S RESPONSIVE PLEADING** |
| v. | |
| City of Phoenix, Arizona; Maricopa County, Arizona; State of Arizona; Phoenix Police Detective Ramirez (Badge #81590; DPS John/Jane Does I-X, in their official capacity; PFD John/Jane Does I-X, in their official capacity; PPD John/Jane Does I-X, in their official capacity; Maricopa County Does I-X; ADC John/Jane Does I-X, in their official capacity; Corizon Correctional Healthcare, Inc.; ABC Corporations I-X; Black and White Partnerships I-X; and Sole Proprietorships Or Trusts I-X, | |
| Defendants. | |

Plaintiffs and Defendant Maricopa County, through counsel undersigned, stipulate and agree that Defendant Maricopa County shall file its responsive pleading to Plaintiffs' Complaint no later than October 22, 2021. If Plaintiff files an Amended Complaint prior to October 22, 2021, Defendant Maricopa County's responsive pleading to the Amended Complaint shall be filed in accordance with the deadlines set forth in the Federal Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED** this 15th day of September, 2021.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By:   /s/ *Sherle R Flaggman*
SHERLE R. FLAGGMAN
Deputy County Attorney
Attorney for Correctional Health Services

JOY BERTRAND, ESQ.

By /s/ *Joy Bertrand*
JOY BERTRAND
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September 2021, I caused the foregoing document to be filed electronically with the Clerk of the Court through the CM/ECF System for filing; and served the following parties of record via the Court's CM/ECF system.

Honorable Judge Rosemary Marquez
United States District Court
Evo A. DeConcini U. S. Courthouse
405 W. Congress St.
Suite 5160
Tucson, AZ 85701-5010

Joy Bertrand, Esq.
P.O. Box 2734
Scottsdale, AZ 85252
joyous@mailbag.com
*Attorney for Plaintiffs*

/s/ R. Scott